IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAURA J. HORAH, : | |
| : | |
| Plaintiff, : | |
| : | C.A. NO. 04-1323 (JJF) |
| v. : | |
| : | |
| REMLINE CORP., : | JURY TRIAL DEMANDED |
| a Delaware corporation, : | |
| : | |
| Defendant. : | |

## NOTICE OF SERVICE

I, Jeffrey K. Martin, do hereby certify that on March 28, 2005, I electronically filed the *Notice of Service for Plaintiff Laura J. Horah's First Request for Admissions Directed to Defendant Remline Corp.* with the Clerk of the Court using CM/ECF which will send notification of such filing, and have also sent two (2) true and correct copies of *Plaintiff Laura J. Horah's First Request for Admissions Directed to Defendant Remline Corp.* and the *Notice of Service* for same via First Class U.S. Mail, postage prepaid to the following:

Scott A. Holt, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

MARGOLIS EDELSTEIN

/s/ Jeffrey K. Martin
Jeffrey K. Martin, Esquire (#2407)
Timothy J. Wilson, Esquire (#4323)
1509 Gilpin Avenue
Wilmington, Delaware 19806
(302) 777-4680 phone
(302) 777-4682 facsimile
jmartin@margolisedelstein.com
Attorneys for Plaintiff Laura Horah

Dated: March 28, 2005