IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAURA J. HORAH,             : | |
|                             : | |
|     Plaintiff,              : | |
|                             : | C.A. NO. 04-1323(JJF) |
|     v.                      : | |
|                             : | |
| REMLINE CORP.,              : | JURY TRIAL DEMANDED |
| a Delaware corporation,     : | |
|                             : | |
|     Defendant.              : | |

**CERTIFICATE OF SERVICE**

I, Jeffrey K. Martin, do hereby certify that on April 19, 2005, I electronically filed the foregoing *Plaintiff's Responses to Defendant's First Requests for the Production of Documents* and the *Certificate of Service* for same with the Clerk of the Court using CM/ECF which will send notification of such filing, and have also sent two (2) true and correct copies of *Plaintiff's Responses to Defendant's First Requests for the Production of Documents* and the *Certificate of Service* for same via First Class U.S. Mail, postage prepaid to the following:

Scott A. Holt, Esquire
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391

MARGOLIS EDELSTEIN

_____
Jeffrey K. Martin, Esquire (#2407)
1509 Gilpin Avenue
Wilmington, DE 19806
(302) 777-4680
(302) 777-4682 fax
jmartin@margolisedelstein.com
Attorney for Plaintiff

Dated:  April 19, 2005