IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAURA J. HORAH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. NO. 04-1323 (JJF) |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| REMLINE CORP., | ) |
| a Delaware corporation, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

    I hereby certify that on **Tuesday, April 26, 2005**, I electronically filed a true and correct copy of **Defendant's Answers To Plaintiff's First Request For Admissions, Defendant's Answers To Plaintiff's First Set of Interrogatories** and **Defendant's Response To Plaintiff's First Request For Production Of Documents** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

    Jeffrey K. Martin, Esquire
    Margolis Edelstein
    1509 Gilpin Avenue
    Wilmington, DE  19806

    I further certify that on **April 26, 2005**, I caused a copy of **Defendant's Answers To Plaintiff's First Request For Admissions, Defendant's Answers To Plaintiff's First Set of Interrogatories** and **Defendant's Response To Plaintiff's First Request For Production Of Documents** to be served on the following counsel of record:

    Jeffrey K. Martin, Esquire **(By United States Mail)**
    Margolis Edelstein
    1509 Gilpin Avenue
    Wilmington, DE  19806

                                          _____
                                          Scott A. Holt, Esquire (Del. No. 3399)
                                          YOUNG CONAWAY STARGATT & TAYLOR, LLP
                                          The Brandywine Building
                                          1000 West Street, 17th Floor, P.O. Box 391
                                          Wilmington, Delaware 19899-0391
                                          (302) 571-6623
                                          (302) 576-3299
                                          sholt@ycst.com
                                          Attorneys for Defendant

DATED:  April 26, 2005