IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAURA J. HORAH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. NO. 04-1323 (JJF) |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| REMLINE CORP., ) | |
| a Delaware corporation, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DEPOSITION

TO:  Jeffrey K. Martin, Esquire
Keri L. Morris, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

PLEASE TAKE NOTICE that the undersigned will take the oral deposition of Plaintiff Laura J. Horah on **Wednesday, June 15, 2005** at **9:30 a.m**, and continuing thereafter from hour to hour and day to day until completion, in the law offices of Young Conaway Stargatt & Taylor, LLP, 10th Floor, Rodney Square North, Wilmington, DE 19899.

_____
Scott A. Holt, Esquire   (Del. No. 3399)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Eleventh Floor - Rodney Square North
Wilmington Trust Center
1100 North Market Street
Wilmington, DE 19801
(302) 571-6623  Telephone
(302) 576-3299  Facsimile
sholt@ycst.com
Attorneys for Defendant

DATED: May 24, 2005

WP3:1114608.1                                                                              63392.1001

## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, May **24, 2005**, I electronically filed a true and correct copy of the **Notice of Deposition** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record. I further certify that on May 24, 2005, a courtesy copy of the **Notice of Deposition** was also delivered by United States First Class Mail, postage prepaid to the following:

Jeffrey K. Martin, Esquire
Keri L. Morris, Esquire
Margolis Edelstein
1509 Gilpin Avenue
Wilmington, DE 19806

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Scott A. Holt, Esquire (Del. No. 3399)
The Brandywine Building
1000 West Street, 17th Floor, P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6623  Telephone
(302) 576-3299  Facsimile
sholt@ycst.com
Attorneys for Defendant

DATED: May 24, 2005