IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAURA J. HORAH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REMLINE CORP., )<br>a Delaware corporation, )<br>)<br>Defendant. ) | C.A. NO. 04-1323 (JJF)<br><br>JURY TRIAL DEMANDED |

### STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and among the parties, that the above-captioned action be dismissed in its entirety, with prejudice, with no award of counsel fees or costs by the Court to either side.

MARGOLIS EDELSTEIN

_/s/ Keri L. Morris_
Jeffrey K. Martin, Esquire (No. 2407)
Keri L. Morris, Esquire (No. 4656)
1509 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 777-4680
Facsimile: (302) 777-4682

Attorneys for Plaintiff

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/_
Scott A. Holt, Esquire (No. 3399)
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6623
Facsimile: (302) 576-3299

Attorneys for Defendant

**SO ORDERED this ___ day of _____, 2005**

_____
U.S.D.J.

WP3:1121297.2