## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Laura J. Horah, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 04-1323-JJF |
| | : |
| REMLINE CORP., a Delaware corporation, | : |
| | : |
| | : |
| Defendant. | : |

## **ORDER**

At Wilmington this **19th** day of **July, 2005**,

IT IS ORDERED that the mediation conference scheduled for Monday, July 25, 2005 beginning at 10:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE